UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
OFFICE OF THE CLERK'S 300 NORTH HOGAN STREET, SUITE 1-950
JACKSONVILLE, FLORIDA 32202

MR. JAMES C. BRADLEY DC# 427878
PETITIONER(S)

CASE # 3:17-CV-01250-MMH-JRK
CASE # 3:14-MC-52-J-34MCR
# 1D17-4221 1st DCA PENDING MANDATES

VS.

OFFICER MR. ZACHARY THORNTON
SUWANNEE CI SECURITY DEPTS
ECT
    RESPONSDANT(S)

PROVIDED TO SUWANNEE C.I. ON DEC 11 2017 FOR MAILING

3:17-CV-1396-J-39MCR

FILED 2017 DEC 13 PM 1:09

ORDER FOR WARRANTS WITH SUBPOENA TO ARREST IDANTIFY NAMED RESPONSDANT AT SUWANNEE CORRECTIONAL SECURITY DEPARTMENTS FOR VIOLATIONS OF SECTION 800.09 SEXUAL HARASSMENT WITH DEATH THREATS TO MURDER NAMED PETITIONER WHO'S CONSTETUTIONAL AMENDMENTS RIGHTS FOR THE FRIST THUR THE FIFTEENTH RATIFIED FEBURARY 7, 1795 AND JULY 9, 1868 WITH SECTION ONE THUR FIVE AND STANDING ORDER DISOBEDIENCE FOR CASE NUMBER # 3:17-CV-01250-MMH-JRK WITH 1DCA CASE NUMBER # 1D17-4221 COMMANDS WITH MANDATES FAVORS FOR PETITIONER NAMED FAVORS IN THIS SYSTLES AND PROCEDURES FOR FULL AMOUNT PAYMENT BY THE RESPONSDANT WHO SEXUALLY IMPOSED AND BROUGHT THE PETITIONER LIFE AND SAFETY IN IMMEDICATE DANGEROUSES WITH RESPONSDANT VIOLATE JAMASON V. STATE 4 DIST APP 1983 FAVOR FOR PETITIONER NAMED

Mr. James Clifton Bradley DC# C-427878
SUWANNEE CI 5964 U.S. HIGHWAY
90 LIVE OAK, FLA 32060

DECEMBER 11, 2017
DATE FOR ORDERS

PAGE 1

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA OFFICE OF THE CLERK'S 300 NORTH HOGAN STREET, SUITE 1-950 JACKSONVILLE FLORIDA 32202

CASE# 3:17-CV-01250-MMH-JRK
CASE# 3:14-MC-52-J-34 MCR
1st DCA# 1D17-4221

## STATEMENTS OF FACTS

HERE AT SUWANNEE CI 5964 U.S. HIGHWAY 90 LIVE OAK FLORIDA 32060 F-DORM-MAIN UNIT CM HOUSING UNIT FOR CUSTODY DETENTED STATE PRISONERS WHERE VICTIM MR. JAMES C. BRADLEY IS HOUSED AT F-DORM-2ND FLOOR-WING 1 CELL# F1208 WHERE ON DECEMBER 8, 2017 FRIDAY NIGHT TIMES AT 7:00PM TO 9:00PM SUBJECT OFFICER MR. ZACHARY THORNTON CAME TO VICTIM MR. BRADLEY'S CELL DOOR AND STATED OUT LOUD PUSSY ASS NIGGER I AM GONNA BEAT YOUR BLACK NIGGER ASS FUCK BOY AND MAKE YOU SUCK MY WHITE PENNIS THEN PLACED A COVER MATH OVER VICTIM MR. BRADLEY'S CELL DOOR WINDOW CAUSE HIS INMATE BLACK MALE SUBJECT MR. JAMES JONES AKA CASH, F-1104 FALSELY ACCUSED VICTIM MR. BRADLEY OF LOOKING IN THE SHOWERS WHILE THEY WHERE DOING SHOWERS ON WING 1 IN F-DORM WHERE BOTH THESE TWO SUBJECTS INMATE MR. JAMES JONES AND SUBJECT OFFICER MR. ZACHARY THORNTON ARE IN A HOMOSEXUAL RELATIONSHIP AND SUBJECT OFFICER MR. ZACHARY THORNTON ILLEGAL ENTER VICTIM MR. BRADLEY'S CELL THAT WAS F1103 AND STOLEN MR. BRADLEY'S 3 NEW TUBES OF GREEN COLGATE TOOTHPEAST AND 4 NEW BARS OF CANTEEN WHITE SKIN SOAPS AND GAVE IT TO SUBJECT INMATE MR JAMES JONES F1104 ON AUGUST 15, 2017 THE WARDEN APPROVED THE FORMAL GRIEVANCE COMPLAINT THAT WAS FILED WHO'S KNOW LONGER THE WARDEN FOR SUWANNEE CI WHO HAS A NEW DUPTY ADMINISTRATIVE WARDEN AND COLONEL CHIFE SECURITY ADMINISTRATOR NAMED MR. BARTION WHO MR. BRADLEY FILED A INFORMAL GRIEVANCE COMPLAINT WITH A FORMAL GRIEVANCE COMPLAINT TO THE DUPTY WARDEN ON 12/11/2017 ON THE CAPITOL VIOLATIONS REPLY AND CONTINUELY COMMITT BY THESE TWO SUBJECTS CO MR. ZACHARY THORNTON AND INMATE MR JAMES JONES F-1104 FOR VIOLATIONS OF CAPITIVE CRIMINAL AND FEDERAL LAWS

Mr. James Clifton Bradley DC#427878      DECEMBER 8, 2017
VICTIM SIGNATURE AND NUMBER              DATE OF CAUSE VIOLTBO

UNITED STATES DISTRICT COURT FOR JACKSONVILLE, FLORIDA CRIMINAL AND FEDERAL, DIVISION OFFICE OF THE CLERK'S 300 NORTH HOGAN STREET, JACKSONVILLE, FLA 32202

CASE# 3:17-CV-01250-MMH-JRK
CASE# 3:14-MC-52-J-34MCR
CASE# 1D17-4221, 1ST DCA PENDING COMMANDS AND MANDATES FAVORS FOR PETITIONER NAMED IN THESE SYSTEMS AND VIOLATIONS AGAINST RESPONDANT IDANTERY AT SUWANNEE CI

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT THE FORGOING IS TRUE AND CORRECT FOR ORDERS OF WARRANTS WITH SUBPOENA AND FULL AMOUNTS PAYMENTS BY RESPONDANTS IDANTIFY TO PAY THE NAMED PETITIONER BEFORE PER-JURY THAT WAS FURNISH'D BY U.S. MAIL TO THE ATTORNEY GENERAL OFFICE THE STATE CAPITOL TALLAHASSEE, FLA 32399-0001 WITH INSPECTOR GENERAL OFFICE 501 SOUTH CALHOUN STREET, TALLAHASSEE, FLA 32399-2500 WITH SUWANNEE CI DUPTY ADMINISTRATIVE WARDEN OFFICE WITH COLONEL MR. BARTZON OFFICE AT 5964 U.S. HIGHWAY 90, LIVE OAK, FLA 32060 AND TO THE UNITED STATES DISTRICT COURT, CLERK'S OFFICE AT 300 NORTH HOGAN STREET, JACKSONVILLE, FLA 32202 ON THIS DAY OF DECEMBER 11, 2017 WHEREFORTH COUNSEL'S FULLY RESPECT THE COURT FOR THEIR GRANTING THE ORDERS SEEK'D AND PRAY'D FOR THATS IN GOOD FAITH AND STATED CAUSES WITH PROVEN FACTS FAVORS FOR VICTIM MR. JAMES CLIFTON BRADLEY DC#C-422878 SUWANNEE CI 5964 U.S. HIGHWAY 90, LIVE OAK, FLA 32060 F1208/ MAIN UNIT OATH OF ALLEGATIONS IN TRUTH THATS ON MAIN DATA CAMERS RECORDERS AND AUDIO SYSTEM RECORDERING IN F-DORM-WING-1- ON DECEMBER 8, 2017 FRIDAY NIGHT TIMES AT 7:00PM TO 9:00PM THAT CAN BE USED AS PROVEN EVEDANCES TO THE COURT ADMINISTRATIVE JUDGES IN JACKSONVILLE, FLORIDA CRIMINAL AND FEDERAL DIVISION 32202.

Mr. James Clifton Bradley DC#C-422878, PRO-SE/ECT
COUNSEL SIGNATURE AND PRISON NUMBER

PAGE 3